# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0602
_____

KALEB BLAKE COMPANY, LLC,
CONSTRUCTIVE SOLUTIONS, INC.,
and SLS CLAIMS INC,

     Petitioners,

     v.

DANIEL NORMAN, ZION HOPE
MISSIONARY BAPTIST CHURCH OF
MIAMI, INC., MAURICE HOWARD,
and CLAUDETTE FARMER,

     Respondents.

_____

Petition for Writ of Mandamus—Original Proceedings.


August 6, 2025


PER CURIAM.

     DISMISSED.

ROBERTS, NORDBY, and LONG, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Randall Shochet of Shochet Law Group, Trenton, for Petitioners.

No appearance for Respondents.